■ In the Matter of ROBERT BIRD, Respondent, v. TALBOT, BIRD & CO., INC., Appellant.— No opinion. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.

■ MURRAY FLUG v. ASCHLEE REALTY CORP. et al.— Concur — Botein, P. J., McNally, Stevens, Steuer and Noonan, JJ.

■ FIVE BORO ELECTRICAL CONTRACTORS ASSOCIATION, INC., et al., v. CITY OF NEW YORK et al.— Concur — Rabin, J. P., Valente, McNally, Eager and Steuer, JJ.

■ HERMAN ROOM et al. v. GERTRUDE GERSTLER.— Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ YORK RIVER HOUSE v. GOBLE AIRCRAFT SPEC., INC., et al.— Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ SAL B. HOFFMAN, as President Upholsterers International Union of North America, AFL–CIO, v. INDEPENDENT WINDOW SHADE CO.— Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ MARIE JACKSON v. A. B. & C. MOTOR TRANSPORTATION CORP. et al.— Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. BERNARD FELDMAN.— Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ MARIA HERNANDEZ, an Infant, by Her Guardian ad Litem ANGEL HERNANDEZ et al., v. MT. SINAI HOSPITAL.— Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.